Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL, J., and WHITE, Special Judge.

### ORDER

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. Appellant's motion to strike supplemental transcript is sustained. Judgment affirmed in accordance with Rule 84.16(b).

### MEMORANDUM DECISION

PER CURIAM.

Claimant appeals from the Labor and Industrial Relations Commission's compensation award of forty percent permanent partial disability to her right knee, forty percent partial disability to her body as a whole, attributable to her low back, and a twenty percent permanent partial disability to her left shoulder, with a loading of twenty percent against the Second Injury Fund. No precedential value would be served by a written opinion. The parties have been furnished with a statement of the reasons for the Court's decision. The Commission's award of compensation is affirmed. Rule 84.16(b).

**Loretta WEINER, Appellant/Employee,**

v.

**ANHEUSER–BUSCH, INC., Respondent/Employer,**

and

**Second Injury Fund, Respondent.**

No. 67824.

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 21, 1995.

Richard Andrew Berry, II, Clayton, Donna Aronoff Smith, St. Louis, for appellant.

Edward M. Vokoun, St. Louis, for respondent-employer.

Jeremiah W. (Jay) Nixon, Atty. Gen., Beverly E. Temple, Asst. Atty. Gen., St. Louis, for Second Injury Fund.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES, JJ.

**Susan Ann ZLATIC, Respondent,**

v.

**Robert ZLATIC, Appellant.**

No. 66037.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 21, 1995.

